DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIO BABROW,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2904

[October 18, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Sellers Johnson, Judge; L.T. Case No. 50-2007-CF-014204-A.

Mario Babrow, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. Galindez v. State*, 955 So. 2d 517, 521-22 (Fla. 2007) (recognizing that a violation of *Apprendi v. New Jersey*, 530 U.S. 466 (2000), can be harmless).

GERBER, C.J., TAYLOR and CONNER, JJ., concur.

\*		\*		\*

***Not final until disposition of timely filed motion for rehearing.***